IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ANGELA HARRIS,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:20-CV-651-L** |
| § | |
| **TUCKER ENTERTAINMENT, LLC** § | |
| d/b/a **DALLAS CABARET-SOUTH;** § | |
| and **DOUGLAS ERNEST,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Defendants' Motion to Dismiss and/or Stay All Proceedings and Compel Arbitration ("Motion") (Doc. 8). On October 6, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 14) was entered, recommending that the court grant Defendants' Motion to the extent they seek to compel arbitration. The magistrate judge further recommends that the court grant Defendants' request to dismiss this action with prejudice, as all of claims must be arbitrated. No objections to the Report were filed.

Having reviewed the Motion, briefs, evidence, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court, therefore, **grants** Defendants' Motion (Doc. 8) to the extent they seek to compel arbitration and dismiss, rather than stay, this action, and **dismisses with prejudice** this action. Defendants' request in the alterative to stay this action pending arbitration is **denied as moot.** If Plaintiff wishes to pursue her claims against Defendants, she must do so in arbitration in accordance with the Arbitration Provision in the Licensing Agreement.

**It is so ordered** this 29th day of October, 2020.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge